IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

|  |  |  |
|---|---|---|
| OMNIPLEX WORLD SERVICES CORPORATION<br>14840 Conference Center Drive<br>Chantilly, Virginia 20151 | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Case No. _____ |
| v. | ) | |
| | ) | |
| ALPHA PROTECTIVE SERVICES, INC.<br>1701 Colonial Drive<br>Thomasville, Georgia  31757 | ) | |
| | ) | |
| Defendant | ) | |

## EXHIBIT 1

## TO

## COMPLAINT

- 1 -

## SUBCONTRACT AGREEMENT

### ALPHA PROTECTIVE SERVICES, INC.
### And
### OMNIPLEX WORLD SERVICES CORP.

This Subcontract Agreement (this "*Subcontract*") is entered into this 6th day of June 2008 by and between Alpha Protective Services, Inc., a Georgia corporation with offices at 1701 Colonial Drive (hereinafter referred to as "APS" or "*Contractor*"), and OMNIPLEX World Services Corp., with offices at 14840 Conference Center Drive, Chantilly, VA. (hereinafter referred to as ("*OMNIPLEX*" or " *Subcontractor*").

RECITALS

WHEREAS, APS contacted OMNIPLEX to form a business relationship to deliver specific services to APS in support of contract activities with the FT. Bragg Army, hereinafter referred to as FT. BRAGG located in Fayetteville, NC.

WHEREAS, because of OMNIPLEX's previous experience in providing armed security guard services to similar contracts.

WHEREAS, APS has been awarded a contract from the Army related to FT. BRAGG ARMY hereinafter referred to as the "Prime Contract"; and

WHEREAS, APS now desires to formalize the agreement to subcontract work to OMNIPLEX, and OMNIPLEX desires to assume the obligation to perform such work, subject to the terms, conditions, and provisions of this Subcontract.



## AGREEMENT

NOW, THEREFORE, in consideration of the foregoing and the covenants herein contained, the parties agree as follows:

### 1. Engagement

APS hereby agrees to engage OMNIPLEX, and OMNIPLEX agrees to be engaged by APS, to perform services described in the Statement of Work (SOW) for Ft. Bragg Posts 10, 11, and 34 as required by Attachment "A" (Contract W91247-08-C-0006, Pages 30-74, including Technical exhibits and attachments"). OMNIPLEX will expeditiously perform the Services in a professional and workmanlike manner and with the degree of skill and diligence normally employed by a professional performing the same or similar services at the time the Services are performed.

The Prime Contract's SOW is incorporated by reference as Attachment "A". OMNIPLEX Is responsible to provide all services required in support of Posts 10, 11 and 34 as Described in Attachment "A".

### 2. Place of Performance

OMNIPLEX will perform the Services under this Subcontract at Ft. Bragg , NC.

### 3. Contract Type, Price, and Ordering

This Subcontract is a Firm Fixed Price ("FFP") contract. Subject to the limitations and other conditions contained in this Subcontract, the price of the Services required by this Subcontract shall be the value shown for the Services to be performed by OMNIPLEX as specifically detailed in the best and final proposal accepted by APS. In addition to this Subcontract being FFP, there are variable requirements in the Prime Contract, for which APS may offer to subcontract to the Subcontractor, and the Subcontractor may accept such work from APS, in accordance with terms and conditions mutually acceptable to APS and OMNIPLEX.

OMNIPLEX agrees to accept and perform delivery orders issued to APS by the Army pursuant to the Prime Contract for which OMNIPLEX receives and accepts a delivery order from APS.

OMNIPLEX, as an experienced security provider possesses certain capabilities, particularly in the training arena, to ensure successful performance in this endeavor.

Work Share: APS will receive a minimum of 51% of the direct labor revenue from the Prime Contract. OMNIPLEX shall receive up to 49% of the direct labor revenue. It is the intent of this agreement to maintain the above direct labor revenue share but variations



somewhat below that goal may occur based upon organizational requirements in Army task orders. It is further the intent that the (up to 49% of the direct labor revenue) received by OMNIPLEX be derived from providing armed services guard services at buildings and guard posts agreed upon by the APS Contract Manager and the OMNIPLEX Contract Manager.

Pricing: The subcontractor's best and final direct hourly labor pricing schedule may be found at Attachment B.

4. Subcontract Value and Period of Performances

The Services required by this Subcontract shall begin on 1 July 2008 and thereafter will be performed during the same periods of performance APS performs for the Army under the Prime Contract (including any and all option years), or until terminated under the terms of this Subcontract in accordance with Paragraph 9. Contract periods include:

CLIN 1001,1002,1004 Option Year I     1 Jan 2009 through Dec 2009
CLIN 2001,2002,2004 Option Year 2     1 Jan 2010 through Dec 2010
CLIN 3001,3002,3004 Option Year 3     1 Jan 2011 through Dec 2011
CLIN 4001,4002,4004 Option Year 4     1 Jan 2012 through Dec 2012

If the government extends the period of performance of the Prime Contract, through exercise of options, modifications, extensions, or otherwise, then APS shall extend this Subcontract for the same period of time as the Prime Contract by providing written notice to OMNIPLEX. The total period of performance including options will not extend beyond 2012.

5. Submission of Invoices and Method of Payments

The parties understand and agree that APS will be paid in accordance with the payment terms of the Prime Contract. Accordingly, APS will pay OMNIPLEX for services provided and accepted under this Subcontract in a timely manner. In order for OMNIPLEX to be paid as promptly as possible, the parties must submit billing information in a coordinated fashion. Therefore, the billing sequence for this Subcontract shall be in accordance with the invoice requirements set forth in the statement of work. All required back-up documents must be included in the invoicing.

APS shall pay OMNIPLEX within 3 calendar days of when APS receives payment from the Army, or within 45 days days of receipt of correct invoice from OMNIPLEX, based upon whichever date occurs earliest, less any deductions made by the Army for improperly or untimely performed work for which OMNIPLEX is directly responsible. APS must submit invoices to the Army in a timely manner, within 5 days of the end of the invoicing period.



Payment by APS shall be without prejudice to APS's right to challenge the correctness of the invoice anytime thereafter.

OMNIPLEX invoices (original and one (1) copy) shall be sent to APS, 1701 Colonial Drive, Thomasville, GA 31757. An electronic version of the invoice is to be emailed to: nyates@alphaprotective.com

OMNIPLEX will provide APS a monthly status report which details by Statement of Work (SOW) area the labor hours provided by labor category. The report will also document all personnel changes and any problems identified during the reporting period.

## 6. Assignment and Status of Personnel

The management of the Prime Contract is the responsibility of the APS Program Manager. OMNIPLEX shall notify the APS Program Manager as to any and all changes in personnel status (i.e., hiring, firing, disciplinary actions).

## 7. Insurance

OMNIPLEX agrees to maintain in full force and effect during the term of this Subcontract the following insurance coverage as required in Section I of the RFP Contract terms and
Conditions page 57 of 84.

Commercial General Liability including premises liability, personal injury, contractual liability, and products and completed operations. Limits shall be no less than:

| | |
|---|---|
| Bodily Injury, per person | $500,000 |
| Bodily Injury, per accident | $500,000 |

Automobile Liability coverage includes owned, non-owned and hired automobiles, trucks and other vehicles necessary to perform the Services. Limits of Liability shall be no less than:

| | |
|---|---|
| Bodily Injury, per person | $ 200,000 |
| Bodily Injury, per accident | $ 500,000 |
| Property Damage, per accident | $ 50,000 |

Workers Compensation and Employer's Liability with limits not less than that required by the laws of the applicable jurisdiction(s).

If requested, all policies shall name APS as additional insured (except for Workers Compensation) and contain waiver of subrogation. Such policies shall be written

Page - 4 -



through a company or companies reasonably satisfactory to APS and shall provide at least thirty (30) days written notice to APS of any adverse material change, non-renewal or cancellation of such insurance.

8. No Solicitation Agreement

During the term of this Subcontract, each party agrees not to actively recruit the other party's employees to work on this Subcontract or the Prime Contract or a resulting contract, unless prior written consent is received from the other party. Contractor and subcontractor understand that it may be necessary to transfer employees to meet work-share commitments and these transfers will not constitute a violation of this Section. In the event that an employee of one party desires to seek employment with the other party, that employee will not be hired by the other party until a fully-trained replacement employee is available to fill the first party's resulting vacancy. The parties will work cooperatively and proactively in such cases to prevent any undue financial hardship to the party whose employee desires to seek employment with the other party.

9. Termination by Contractor

This Subcontract may be terminated only upon occurrence of the following: without prejudice to any other remedy to which APS and OMNIPLEX may be entitled either by law, in equity, or under this Subcontract, if:

- By mutual written agreement of the parties;
- By either party with a 60 day written notice by the terminating party;
- By either party upon written notice if the other party materially defaults in the performance of this Subcontract and the defaulting party fails to cure such defaults with ten (10) calendar days of receipt of written notification of its default by the non-defaulting party.
- By APS, if the Army does not accept OMNIPLEX as the subcontractor for the Work proposed in this Subcontract
- OMNIPLEX willfully breaches or habitually neglects the duties that OMNIPLEX is required to perform under the terms of this Subcontract;
- OMNIPLEX violates any portion of this Subcontract or fails to meet the requirements as set forth in this Subcontract; or
- By either party, if the other party:
  - o Files a petition in a court of bankruptcy or is adjudicated bankrupt;
  - o Institutes or has instituted against it any bankruptcy proceedings for a reorganization of its affairs or a rearrangement;
  - o Has a receiver for its assets or has property appointed because of insolvency; or
  - o Makes a general assignment for the benefit of creditors.



In the event that the Prime Contract between the Government and the Prime Contractor is terminated for any reason by the Government with or without cause, then this Subcontract will be deemed to have been simultaneously terminated as of the date of termination of the Prime Contract.

Effect of Termination: In the event of the termination of this Subcontract for any reason set forth in this Subcontract, OMNIPLEX shall be entitled to the compensation earned prior to the date of termination as provided for in this Subcontract, computed pro rata up to and including the date of termination. ·

## 10. Changes.

APS may, by written order, make changes within the general scope of this Subcontract, provided that any changes are within the scope of the Statement of Work attached as Attachment "A".

If any such change causes an increase or decrease in the estimated cost of, or the time required for, any Task Order(s) issued to OMNIPLEX under this Subcontract; an · equitable adjustment may be made:

➢ in the cost or delivery schedule, or both; and

➢ in such other provisions of the Subcontract, as may be so affected; and this Subcontract shall be modified in writing accordingly.

Any notice of claim by OMNIPLEX for an adjustment under this clause must be asserted within thirty (30) days from the receipt by OMNIPLEX of the notification of change. Failure to agree to any adjustment shall be a dispute that shall be resolved according to the procedure set forth herein.

## 11. Proprietary Information

The parties agree that the proprietary information portion of any Non-Disclosure Agreement and Subcontract Agreement previously entered into by and between APS and OMNIPLEX shall remain in full force and effect in accordance with that agreement. As to additional proprietary information received not covered by any previous agreement, the following shall be applicable through the life of this Subcontract plus twelve months.

The party receiving the proprietary information described below shall be hereinafter referred to as a "receiving party." The receiving party agrees to keep in confidence and prevent the unauthorized disclosure to any person or persons outside its organization,



and agrees further not to use for a purpose other than for which furnished (and then only with appropriate restrictions governing its use), any and all proprietary information furnished by the other party (hereinafter referred to as the "transmitting party"). "Proprietary information" means nonpublic information that the transmitting party discloses to the receiving party and designates as being confidential or proprietary or which, under the circumstances surrounding disclosure, ought to be treated as confidential. "Proprietary information" includes, without limitation, information relating to transmitting party's current and/or proposed business plans, financial statements, budgets, customer or potential customer lists, product development plans, inventions, research, testing results, released or unreleased products or services, marketing or promotion of any product or service, contracts, policies and practices, and information received from others that transmitting party is obligated to treat as confidential.

The receiving party shall not be liable for unauthorized disclosure of any such data or information if:

> The same is disclosed with the written approval of the transmitting party; or
> Known to the receiving party at the time of receipt; or
> Disclosed with the written approval of the transmitting party; or
> Independently developed by the receiving party; or
> Becomes known to the receiving party from a source other than the transmitting party who is legally entitled to such information without breach of this Subcontract by the receiving party; or
> Not identified, in writing, or by application of the appropriate identifying stamp or legend, as proprietary information subject to this Subcontract.

### 12. Compliance with Federal, State and Local Laws

APS and OMNIPLEX will comply with all federal, state, municipal, and local laws, rules and regulations that may be applicable to this Subcontract and the Prime Contract and, at the request of the Army or APS, OMNIPLEX will furnish certificates to the effect that it has complied with said laws and regulations. In accepting this Subcontract, APS and OMNIPLEX represent that it will comply during the performance of this Subcontract with the provisions of the "Fair Labor Standards Act" of 1938, as amended, and the Service Contract Act, and with the regulations and standards issued pursuant thereto.

### 13. Titles of Clauses

The titles of the clauses set forth in these provisions of this Subcontract are meant for convenience and informational purposes only, and shall not in any way interpret, alter, modify, or add to the substance of the clause as set forth in the text thereof.

### 14. Invalidity

In the event one or more of the provisions of this Subcontract shall be declared invalid, illegal, or unenforceable in any respect, the validity, legality, and enforceability of the remaining provisions contained herein shall not in any way be affected or impaired thereby.

### 15. Contract Provisions

No failure or delay of any party to exercise any right or remedy pursuant to this Subcontract shall affect such right or remedy or constitute a waiver by such party of any right or remedies pursuant thereto. Resorting to one form of remedy shall not constitute a waiver of alternative remedies.

### 16. Entire Agreement

This Subcontract contains the entire understanding of the parties with respect to the matters contained herein. This Subcontract may not be modified unless agreed to in writing by the authorized representatives of APS and OMNIPLEX designated in paragraph 17, and, as appropriate the Army.

### 17. Notice

All notices and other communications required or permitted hereunder to be given to a party to this Subcontract shall be in writing and shall be telecopied, emailed or mailed by registered or certified mail, postage prepaid, or otherwise delivered by hand or by messenger, addressed to such party's address as set forth herein or such other address with respect to a party as such party shall notify each other party in writing as above provided. Any notice sent in accordance with this Section 17 shall be effective (i) if mailed, seven (7) business days after mailing, (ii) if sent by messenger, upon delivery, and (iii) if sent via telecopy or email, upon transmission and electronic confirmation of receipt or (if transmitted and received on a non-business day) on the first business day following transmission and electronic confirmation of receipt; provided, however, that any notice of change of address shall only be valid upon receipt. For purposes of providing any notice or communication between APS and OMNIPLEX, the following names and addresses are to be used:

| Alpha Protective Services, Inc. | OMNIPLEX |
| --- | --- |
| Jeffery Brinson<br>President<br>1701 Colonial Drive<br>Thomasville, Georgia 31757 | Maria Cristina Marcantonio<br>Sr. Contracts Administrator<br>OMNIPLEX World Services Corp.<br>14840 Conference Center Dr.<br>Chantilly, VA 20151 |

MCM

18.    Disputes

 a. The laws of the State of Georgia shall govern any disputes arising under this Subcontract solely between the Prime Contractor and the Subcontractor. However, if the State of Georgia law does not cover the issue in dispute or if there is a conflict between State of Georgia law and federal law, I.e., decisions of the federal court regulations and statutes, the State of Georgia court shall apply the federal law. Any litigation under this Subcontract, if commenced by the Subcontractor, shall be brought in a court of competent jurisdiction in the State of Georgia.

 (a) If a decision on a question of fact and/or law is issued by the contracting officer under the Prime Contract "Disputes" clause and the decision relates to this Subcontract, said decision, if binding upon the Prime Contractor, under the Prime Contract, shall also be binding upon the Subcontractor with respect to the Subcontract. However, if the Subcontractor is affected by such decision, and if the Prime Contractor elects not to appeal such decision under the "Disputes" clause of the Prime Contract, the Prime Contractor shall notify its Subcontractor. If the Subcontractor submits a timely request to the Prime Contractor to appeal such decision, the Prime Contractor shall file an appeal. If the Prime Contractor appeals such decision, whether at its election or at the Subcontractor's request, any decision upon such appeal, if binding upon the Prime Contractor under the Prime Contract, shall be binding upon the Subcontractor as it relates to this Subcontract. Appeals under the "Disputes" clause of the Prime Contract do not preclude consideration of questions of law in connection with decision(s) referenced above.

 (b) Subcontractor shall bear all costs of an appeal made pursuant to the Subcontractor's sole request and shall make arrangements for its own counsel to represent the parties in the appeal.

 (c) For any claims to be submitted, the Subcontractor shall certify to the Prime Contractor, as to its portion of the claim that:  (1) the claim is made in good faith, (2) the supporting data are accurate to the best of the Subcontractor's knowledge and belief, and (3) the amount requested accurately reflects the Subcontract adjustment for which the Subcontractor believes the Army  is liable.

 (d) If any such appeal is denied or otherwise decided adversely to the Subcontractor's interest, or if the Subcontractor is otherwise adversely



affected by any decision made by any representative of the Army on any question of fact and/or law arising under the Prime Contract which is also related to this Subcontract, from which an appeal under the "Disputes" clause in the Prime Contract is not available, said decision, if binding upon Prime Contractor under the Prime Contract shall, in turn, be binding upon the Prime Contractor and the Subcontractor with respect to such question as it relates to this Subcontract; provided, however if the Subcontractor is adversely affected by any such decision, and if the Prime Contractor elects not to bring suit against the Army with respect to such decision, the Prime Contractor shall notify the Subcontractor within a reasonable period of time. If the Subcontractor submits a timely request to the Prime Contractor to bring suit against the Army, the Prime Contractor may, at its sole discretion decide to commence such suit. If the Prime Contractor should decide to bring suit against the Army with respect to any such decision, whether at its election or at the Subcontractor's request, a final judgment in any such suit, if binding upon the Prime Contractor under the Prime Contract, shall, in turn, be binding upon the Subcontractor and the Prime Contractor under this Subcontract with respect to the questions decided as it relates to this Subcontract.

(e)     Subcontractor shall bear all costs of bringing suit against the Army pursuant to the Subcontractor's sole request and shall make arrangements for its own counsel to represent the parties in the action of said suit.

(f)     If any such appeal or suit is taken or brought by the Prime Contractor, whether at its election or at the Subcontractor's request, the Subcontractor shall assist the Prime Contractor in its prosecution thereof in every reasonable manner and the Subcontractor shall be afforded reasonable opportunity to participate in the prosecution thereof to the extent the Subcontractor's interest may be affected. To the extent requested by the Prime Contractor, the Subcontractor shall prosecute for the Prime Contractor any appeal or suit taken or brought at the Subcontractor's request and, in such event, the Prime Contractor shall assist the Subcontractor in every reasonable manner. All costs and expenses incurred by the Subcontractor and the Prime Contractor in prosecuting any appeal or suit taken or brought solely at the Subcontractor's request shall be paid by the Subcontractor. Where possible, the Prime Contractor shall, to the extent the Prime Contractor deems necessary, consult with the Subcontractor concerning the presentation to the Contracting Officer or other cognizant representatives of the Army.



(g)    If, as a result of any decision or judgment which is binding upon the Subcontractor and the Prime Contractor, the Prime Contractor is unable to obtain reimbursement from the Army under the Prime Contract for, or is required to refund or credit to the Army , any amount with respect to any item of cost or fee for which the Prime Contractor has reimbursed the Subcontractor, the Subcontractor shall on demand, promptly repay such amount to the Prime Contractor.

(h)    The rights and obligations in this paragraph 18 shall survive completion of and final payment under this Subcontract.

(i)    The Subcontractor shall not be bound by any such Contracting Officer's decision, Appeal Board's decision, or judgment if such is not determinative of an obligation imposed upon the Subcontractor under this Subcontract or any amendment hereto.

(j)    Pending the resolution of any dispute, the Subcontractor shall proceed as directed by the Prime Contractor in writing.

19.    Arbitration

Upon agreement of the parties, and to avoid the cost of litigation, any controversy or claim arising out of or relating to this Subcontract, or the breach thereof, may be settled by arbitration in accordance with the Commercial Arbitration Rules of the American Arbitration Association, and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof. The expenses of such arbitration shall be borne in such proportion, as the arbitrators shall decide.

20.    Contractor and Subcontractor Responsibility

APS shall maintain sufficient financial resources in order to carry out tasks assignments established under this Subcontract. The manner or form of these resources will be of the Prime Contractor's choosing, but will be sufficient to operate for an initial forty five to sixty day periods prior to receipt of payment for initial invoices.

OMNIPLEX shall maintain sufficient financial resources in order to carry out tasks assignments established under this Subcontract. The manner or form of these resources will be of the Subcontractor's choosing, but will be sufficient to operate for an initial sixty day period prior to receipt of payment for initial invoices.

21.    Indemnity

OMNIPLEX agrees to indemnify, defend and hold harmless APS and its parents, subsidiaries, affiliates, directors, officers, employees and agents from and against all

mcm

losses, claims, actions, damages, liabilities, and expenses (including the reasonable fees and disbursements of counsel incurred in connection herewith) (a) as a result of any act or negligence of OMNIPLEX in the performance of this Subcontract for which OMNIPLEX has been shown responsible, or (b) arising out of or in connection with (i) any breach of this Subcontract by OMNIPLEX, (ii) OMNIPLEX's performance of the Services, or (iii) any inaccuracy in the representations and warranties made by OMNIPLEX under this Subcontract. OMNIPLEX agrees to indemnify APS and hold it harmless from any claims brought by any creditors or employees of OMNIPLEX.

APS agrees to indemnify, defend and hold harmless OMNIPLEX and its directors, officers, employees and agents from and against all losses, claims, actions, damages, liabilities, and expenses (including the reasonable fees and disbursements of counsel incurred in connection herewith) (a) as a result of any act or negligence of APS in the performance of this Subcontract for which APS has been shown responsible, or (b) arising out of or in connection with (i) any breach of this Agreement by APS, or (ii) any inaccuracy in the representations and warranties made by APS under this Agreement. APS agrees to indemnify OMNIPLEX and hold it harmless from any claims brought by any creditors or employees of APS.

22.    Subcontract Relation

It is the intention of both parties hereto to establish a Prime Contractor/Subcontractor relationship. Neither party shall make any statement or take such action as to represent, in any manner whatsoever, that any type of partnership or joint venture exists.

23.    Assignment of Subcontract

Neither party may (by contract, operation of law, sale of assets, sale of stock or otherwise) assign this Subcontract or any right or interest in this Subcontract without the prior written consent of the other party, such consent not to be unreasonably withheld. This Subcontract will be fully binding upon and inure to the benefit of and be enforceable by the parties and their respective successors and permitted assigns.

24.    Counterparts

This Subcontract may be executed in any number of counterparts, each of whom shall be deemed an original and enforceable against the parties actually executing such counterpart, and all of which together shall constitute one and the same instrument.

25.    Cross Support

Due to the circumstances of a co-located work force, the parties acknowledge

that there may be instances whereby one party may provide employees to cover posts which are the responsibility of the other party. It is believed that such circumstances will be rare. In the event that a party requests that the other party provide an employee to cover a post which is the responsibility of the first party, and the second party does provide such coverage, the second party shall be entitled to be compensated for the support which it provides. The parties agree that such compensation shall be at the rates which are included below, for the time period in which the support was provided. It is further agreed that each party will monitor the hours it provides to the other party in such cross support on a monthly basis. The parties will then reconcile the cross support hours that each party has provided to the other party during the month, and the party which has provided more cross support hours shall invoice the other party for the net difference in hours. Such invoices shall be handled separately from the fixed price invoicing procedures. All invoices for cross support shall be payable within 30 days from receipt.

| Officer's Hourly Rates | | Sergeants' Hourly Rates | |
|---|---|---|---|
| Base Period | $25.28 | Base Period | $27.44 |
| Option Year 1 | $26.02 | Option Year 1 | $28.53 |
| Option Year 2 | $26.02 | Option Year 2 | $28.53 |
| Option Year 3 | $26.02 | Option Year 3 | $28.53 |
| Option Year 4 | $26.02 | Option Year 4 | $28.53 |

26. Flow-Down of Prime Contract Clauses to Subcontract

OMNIPLEX will comply with all Prime Contract clauses listed in Attachment "A" with the same force and effect as if they were set forth herein in full text. The Subcontract incorporates all relevant clauses of the Prime Contract..

27. Other Direct Costs

During the term of this Subcontract, APS will incur, at its own expense, all Other Direct Costs required for OMNIPLEX's performance of its allocated share of the work. The Other Direct Costs include:

- Training instructors and training costs (to include weapons firing ranges, Classrooms, training materials, and training ammunition).
- Training certification cards ( First Aid, CPR/AED, and weapons qualifications.
- Vehicles, including fuel and maintenance as required by Attachment "A".
- Uniforms and accessories as required by Attachment "A".
- Weapons, ammunition, weapons cleaning and maintenance, and Weapons and ammunition storage as required by Attachment "A".
- Radios and radio frequencies as required by Attachment "A".



- Portable telephones and/or pagers as required by Attachment "A".
- Body armor as required by Attachment "A".
- Physical Agility Tests as required by Attachment "A".

Office space, office furniture and office equipment as required will be provided for the APS Project Manager and the OMNIPLEX Assistant Project Manager at no cost to OMNIPLEX.

Medical exams as per Attachment D, drug testing, and pre-employment screening ( record checks, DMV checks and credit checks) expenses incurred for OMNIPLEX employees will be paid by OMNIPLEX. APS agrees to reimburse OMNIPLEX for these expenses as identified in Schedule "B" as a separate line Item on the monthly invoice from OMNIPLEX to APS. The annual reimbursement for the these expenses will be reviewed and adjusted for FTE changes resulting from Subcontract modifications upon each Option year renewal.

28. Security Requirements

OMNIPLEX shall comply with the Subcontract security requirements set forth in Attachment "C", Form DD 254, Contract Security Classification Specification.

IN WITNESS WHEREOF, the parties hereto have executed this Subcontract Agreement effective as of the date indicated on the first page.

OMNIPLEX

Maria Cristina Marcantonio
Sr. Contracts Administrator
14840 Conference Center Dr.
Chantilly, VA 20151

ALPHA PROTECTIVE SERVICES,

Jeffery B. Brinson
President
1701 Colonial Drive
Thomasville, Georgia 31757

Attachment A   Contract W91247-08-C-0006 pages 30-74 including Section J
                ( Technical  Exhibits and Other Attachments,excluding Attachment 2,
                 DD 254, Excluding Attachment 3, Wage determination)
Attachment B   Subcontract Pricing
Attachment C   Form DD 254
Attachment D   Medical exam requirement

Page - 14 -