

### OMNIPLEX WORLD® SERVICES CORPORATION

Right People. Right Values.®

| | | | Invoice Date: 10/31/2009 |
|---|---|---|---|
| Billing Number: | 1222-200-0011 | | |
| Invoice Number: | INV-0000021057 | | |

**Bill To:**
FT. BRAGG - SECURITY
APS
1701 COLONIAL DRIVE

THOMASVILLE, GA  31757

**Remit To:**
OMNIPLEX World Services Corporation
14840 Conference Center Drive
Attn:  Jon Peterson
Phone: (703) 652-3232
Chantilly, VA  20151

| | | | Contract Value | Funded Value |
|---|---|---|---|---|
| Customer Number: | 1222 | Cost: | 3,411,820.32 | 3,411,820.32 |
| Prime Contract Number: | W91247-08-C-0006 | Fee: | 0.00 | 0.00 |
| | | Total: | 3,411,820.32 | 3,411,820.32 |
| Project Number: | 1222.200 | Cumulative Amount Billed: | 2,824,032.88 | |
| Project Name: | FT BRAGG OPTION YEAR 1 | | | |
| Project Period of Performance: | 01/01/2009      to  12/31/2009 | | | |
| Terms: | NET 30 | Billing Period From: 10/01/2009 | | |
| Due Date: | 11/30/2009 | To: 10/31/2009 | | |

| | Current Amount | Cumulative Amount |
|---|---|---|
| Prev Bill From Sched | 0.00 | 2,530,139.16 |
| CLIN 1001 - POST 10 | 62,268.00 | 62,268.00 |
| CLIN 1002 - POST 11 | 143,685.72 | 143,685.72 |
| OTHER DIRECT COSTS | 1,100.00 | 1,100.00 |
| CLIN 1004 - POST 34 | 86,840.00 | 86,840.00 |
| **BILL SCHEDULE ITEMS** | 293,893.72 | 2,824,032.88 |
| | | |
| **Invoice Total** | 293,893.72 | 2,824,032.88 |

| | |
|---|---|
| Current Incurred Hours: | 0.00 |
| Cumulative Incurred Hours: | 0.00 |

I certify that, to the best of my knowledge and belief, the costs invoiced above have been incurred in accordance with the terms and conditions of the contract; that all charges invoiced herein are true and correct; and that payment therefore has not previously been received.

Jon Peterson, Controller

Page: 1

OMNISEC INTERNATIONAL INVESTIGATIONS, INC. • OMNISEC INTERNATIONAL SECURITY SERVICES, INC. (VA/DCJS Lic. #11-4698)

OMNISEC SECURITY SOLUTIONS, INC. (VA/DCJS Lic. #11-3917) • OMNISEC INTERNATIONAL SOUTH CAROLINA, LLC

14840 Conference Center Drive, Chantilly, VA 20151 • Phone 703-652-3100, Toll Free 800-356-3406, Fax 703-652-3101 • (VA/DCJS Lic. #11-1298)

*An Equal Opportunity Employer M/F/D/V*

MEMORANDUM FOR RECORD:                                       31 Oct 2009

To: Tom Taylor

From: Jerry Wydra

SUBJECT: Monthly Operations Report (October 09)

The following activities took place this month.

- Officer Grant completed New Hire Training on 4 Oct 09 is currently assigned as part time employee.
- Officer Brown, J. is still on loan to APS. Officer Brown has worked a total of 164.00 hours for APS this month.
- Officer Fitch, P. is still on loan from APS. Officer Fitch has worked a total of 165.00 hours for Omniplex this month.
- Officer Chan, C. had successful knee surgery and is currently on FMLA. Officer Chan is expected to return to duty on 19 Nov 09 pending doctor's approval.
- Officer Robinson, R. assigned to full time position on 9 Oct 09.
- Officer Johnson was involved in traffic accident on 11 Oct 09, damaging a patrol vehicle. Officer Johnson was suspended and cleared to return to duty after drug screening tests came back negative. The damaged patrol vehicle is currently under repair.
- Conducted the Monthly PAT on 15 Oct 09. All officers passed the requirements.
- Completed Monthly Evaluations of all officers due for Oct.
- Sgt King, R. suspended from duty pending investigation of allegations of misconduct. Officer Grant, J. (P/T) is replacing Sgt King on work schedule at Post #34.
- Conducted the new hire PAT on 30 Oct. All applicants passed.
- New Hire Class started on 31 Oct 09. One new applicant (Szczepanek, Z.) in attendance. Expected completion date 4 Nov 09.
- Conducted daily site inspections of all our sites. All performing their duties in a professional manner.

---

Jerry Wydra

Assistant Project Manager

Ft. Bragg Site

**FTB**

## Recap Comparison By Post

Start Date 10/01/2009  End Date 10/31/2009

**1-000    FORT BRAGG**

**5    POST 34 LIEUTENANT**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 132.00 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 132.00 | Total Non-Billable | 0.00 |

Total Hours for  POST 34 LIEUTENANT -->    132.00

| Employee Name | Employee # | Total Hours |
|---|---|---|
| PETTAWAY, LARRY | 012792 | 132.00 |

tal Hours for  POST 34 LIEUTENANT -->    132.00

**6    POST 34 SERGEANT**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 49.50 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 49.50 | Total Non-Billable | 0.00 |

Total Hours for  POST 34 SERGEANT -->    49.50

| Employee Name | Employee # | Total Hours |
|---|---|---|
| MACK, JAMES | 012790 | 49.50 |

Total Hours for  POST 34 SERGEANT -->    49.50

**7    CAPTAIN**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 126.75 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 126.75 | Total Non-Billable | 0.00 |

Total Hours for CAPTAIN -->    126.75

| Employee Name | Employee # | Total Hours |
|---|---|---|
| MCRAE, JOHN | 012839 | 126.75 |

Total Hours for CAPTAIN -->    126.75

**1    DAY WORK - SEC OFFICER**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 137.50 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 137.50 | Total Non-Billable | 0.00 |

Total Hours for DAY WORK - SEC OFFICER -->    137.50

| Employee Name | Employee # | Total Hours |
|---|---|---|
| BROWN, JOSEPH | 012785 | 137.50 |

ours for DAY WORK - SEC OFFICER -->    137.50

**1    OMNIPLEX PROJECT MANAGE**

CRITERIA: Division:'FTB'  Account Manager:'All'  Active Status:'All'  Customer Status:'All'  Database Year:'Current'  Department:'All'  G...

11/2/09    1:42 pm    Page 1 of 7

**FTB**

## Recap Comparison By Post

Start Date 10/01/2009 End Date 10/31/2009

**1-000        FORT BRAGG**

**1        OMNIPLEX PROJECT MANAGE**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 148.00 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 148.00 | Total Non-Billable | 0.00 |

otal Hours for OMNIPLEX PROJECT MANAGER --> 148.00

| Employee Name | Employee # | Total Hours |
|---|---|---|
| WYDRA, JERRY | 012782 | 148.00 |
| for OMNIPLEX PROJECT MANAGER --> | | 148.00 |

**5        POST 10 DAY SGT**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 181.50 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 181.50 | Total Non-Billable | 0.00 |

Total Hours for POST 10 DAY SGT --> 181.50

| Employee Name | Employee # | Total Hours |
|---|---|---|
| BARBER, ANTONIO | 012751 | 132.00 |
| BENNETT, ROLAND | 012753 | 49.50 |
| Total Hours for POST 10 DAY SGT --> | | 181.50 |

**1        POST 10 DAYS**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 185.50 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 185.50 | Total Non-Billable | 0.00 |

Total Hours for POST 10 DAYS --> 185.50

| Employee Name | Employee # | Total Hours |
|---|---|---|
| BENNETT, KENNETH | 012752 | 111.25 |
| BENNETT, ROLAND | 012753 | 74.25 |
| Total Hours for POST 10 DAYS --> | | 185.50 |

**6        POST 10 EVE SGT**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 181.50 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 181.50 | Total Non-Billable | 0.00 |

Total Hours for POST 10 EVE SGT --> 181.50

| Employee Name | Employee # | Total Hours |
|---|---|---|
| FERTIG, JAMES | 012754 | 132.00 |
| MCBRIDE, KALITA | 012756 | 49.50 |

CRITERIA: Division:'FTB' Account Manager:'All' Active Status:'All' Customer Status:'All' Database Year:'Current' Department:'All' G...

11/2/09        1:42 pm        Page 2 of 7

**FTB**

## Recap Comparison By Post

**1-000 FORT BRAGG**

Total Hours for POST 10 EVE SGT --> 181.50

**2 POST 10 EVENINGS**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 185.50 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 185.50 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 10 EVENINGS --> | 185.50 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| BENNETT, KENNETH | 012752 | 24.75 |
| GREEN, CHARLES | 012755 | 24.75 |
| HARRIS, JIMMIE | 013375 | 53.50 |
| MCBRIDE, KALITA | 012756 | 82.50 |
| Total Hours for POST 10 EVENINGS --> | | 185.50 |

**8 POST 10 MID SGT**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 181.50 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 181.50 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 10 MID SGT --> | 181.50 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| GREEN, CHARLES | 012755 | 8.25 |
| OATIS, CHARLES | 012757 | 41.25 |
| RODRIGUEZ, JOHN | 012758 | 132.00 |
| Total Hours for POST 10 MID SGT --> | | 181.50 |

**3 POST 10 MIDNIGHT**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 173.25 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 173.25 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 10 MIDNIGHT --> | 173.25 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| GREEN, CHARLES | 012755 | 92.00 |
| OATIS, CHARLES | 012757 | 81.25 |
| Total Hours for POST 10 MIDNIGHT --> | | 173.25 |

**4 POST 11 DAY SGT**

CRITERIA: Division:'FTB' Account Manager:'All' Active Status:'All' Customer Status:'All' Database Year:'Current' Department:'All' G...

11/2/09      1:42 pm                                                                    Page 3 of 7

FTB

## Recap Comparison By Post

Start Date 10/01/2009 End Date 10/31/2009

**1-000**    **FORT BRAGG**

**4**    **POST 11 DAY SGT**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 185.50 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 185.50 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 11 DAY SGT --> | 185.50 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| MACK, ALFORD | 012771 | 90.75 |
| SIMMONS, MAURICE | 012779 | 94.75 |
| Total Hours for POST 11 DAY SGT --> | | 185.50 |

**1**    **POST 11 DAYS**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 943.25 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 943.25 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 11 DAYS --> | 943.25 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| ATCHISON, JAMES | 012759 | 74.25 |
| BARRETT, AARON | 012760 | 135.75 |
| JENKINS, EDWARD | 012769 | 140.00 |
| JOHNSON, EDWARD | 013412 | 8.25 |
| NEGRON, JUAN | 012775 | 156.75 |
| ROBINSON, RODNEY | 013459 | 41.25 |
| SHOEMAKER, KIM | 012778 | 24.75 |
| SIMMONS, MAURICE | 012779 | 61.75 |
| TOWERY, RONALD | 012780 | 156.25 |
| VERNON, BILLY | 012781 | 144.25 |
| Total Hours for POST 11 DAYS --> | | 943.25 |

**5**    **POST 11 EVE SGT**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 193.50 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 193.50 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 11 EVE SGT --> | 193.50 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| ESPINOZA, ADRIAN | 012765 | 132.00 |
| LYNN, BILLY | 012770 | 61.50 |
| Total Hours for POST 11 EVE SGT --> | | 193.50 |

**2**    **POST 11 EVENINGS**

CRITERIA: Division:'FTB' Account Manager:'All' Active Status:'All' Customer Status:'All' Database Year:'Current' Department:'All' G...

11/2/09    1:42 pm    Page 4 of 7

**FTB**

## Recap Comparison By Post

Start Date 10/01/2009 End Date 10/31/2009

**1-000      FORT BRAGG**

**2           POST 11 EVENINGS**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 898.50 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 898.50 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 11 EVENINGS --> | 898.50 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| ARNDT, CHESTER | 013378 | 123.75 |
| CHAN, CHARLES | 012763 | 33.00 |
| CRESS, AARON | 012764 | 127.75 |
| DRAKE, ZEBEDE | 013376 | 132.00 |
| GOUBILE, FREDERICK | 012768 | 115.50 |
| GRANT, JAMES | 013411 | 103.00 |
| LYNN, BILLY | 012770 | 94.50 |
| ROWLEY, DEMARICUS | 013326 | 111.25 |
| SHOEMAKER, KIM | 012778 | 57.75 |
| **Total Hours for POST 11 EVENINGS -->** | | **898.50** |

**6           POST 11 MID SGT**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 185.50 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 185.50 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 11 MID SGT --> | 185.50 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| FRANKLIN, JAN-MICHAEL | 012767 | 123.50 |
| SEALS, MARCUS | 012777 | 16.50 |
| SHOEMAKER, KIM | 012778 | 8.25 |
| WIBBENS, BRIAN | 013413 | 37.25 |
| **Total Hours for POST 11 MID SGT -->** | | **185.50** |

**3           POST 11 MIDNIGHTS**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 857.25 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 857.25 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 11 MIDNIGHTS --> | 857.25 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| FLAGG, ROBERT | 012766 | 132.00 |
| JOHNSON, EDWARD | 013412 | 111.00 |
| NERO, IDA | 013337 | 132.25 |
| POLLARD, ERNEST | 013187 | 123.50 |
| RAY, MONYA | 013460 | 111.25 |
| ROBINSON, RODNEY | 013459 | 91.00 |
| SEALS, MARCUS | 012777 | 16.25 |
| SHOEMAKER, KIM | 012778 | 41.25 |

**FTB**

## Recap Comparison By Post

Start Date 10/01/2009 End Date 10/31/2009

**1-000  FORT BRAGG**

WIBBENS, BRIAN _____ 013413 _____ 98.75

Total Hours for POST 11 MIDNIGHTS --> 857.25

| 1 | POST 34 DAYS | | Billable Hours | | Non-Billable Hours |
|---|---|---|---|---|---|
| | | Contract | 239.25 | Extra Cov (non-bill) | 0.00 |
| | | Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| | | Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| | | Training (billable) | 0.00 | | |
| | | Vacation (billable) | 0.00 | | |
| | | Sick (billable) | 0.00 | | |
| | | Total Billable | 239.25 | Total Non-Billable | 0.00 |
| | | | | Total Hours for POST 34 DAYS --> | 239.25 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| HARRIS, JIMMIE | 013375 | 33.00 |
| IMES, ELVIS | 012787 | 123.75 |
| MACK, JAMES | 012790 | 82.50 |
| Total Hours for POST 34 DAYS --> | | 239.25 |

| 7 | POST 34 EVE SGT | | Billable Hours | | Non-Billable Hours |
|---|---|---|---|---|---|
| | | Contract | 181.50 | Extra Cov (non-bill) | 0.00 |
| | | Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| | | Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| | | Training (billable) | 0.00 | | |
| | | Vacation (billable) | 0.00 | | |
| | | Sick (billable) | 0.00 | | |
| | | Total Billable | 181.50 | Total Non-Billable | 0.00 |
| | | | | Total Hours for POST 34 EVE SGT --> | 181.50 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| GHOLSTON, HANK | 012786 | 49.50 |
| KING, RONALD | 012788 | 132.00 |
| Total Hours for POST 34 EVE SGT --> | | 181.50 |

| 2 | POST 34 EVENINGS | | Billable Hours | | Non-Billable Hours |
|---|---|---|---|---|---|
| | | Contract | 363.00 | Extra Cov (non-bill) | 0.00 |
| | | Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| | | Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| | | Training (billable) | 0.00 | | |
| | | Vacation (billable) | 0.00 | | |
| | | Sick (billable) | 0.00 | | |
| | | Total Billable | 363.00 | Total Non-Billable | 0.00 |
| | | | | Total Hours for POST 34 EVENINGS --> | 363.00 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| BROKENBOROUGH, TRAC | 012784 | 132.00 |
| DENTON, CHRISTOPHER | 012762 | 24.75 |
| GHOLSTON, HANK | 012786 | 66.00 |
| IMES, ELVIS | 012787 | 8.25 |
| WOODSON, CRYSTAL | 013293 | 132.00 |
| Total Hours for POST 34 EVENINGS --> | | 363.00 |

| 8 | POST 34 MID SGT |
|---|---|

**FTB**

## Recap Comparison By Post

Start Date 10/01/2009  End Date 10/31/2009

1-000       FORT BRAGG

8           POST 34 MID SGT

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 181.50 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 181.50 | Total Non-Billable | 0.00 |

Total Hours for POST 34 MID SGT --> 181.50

| Employee Name | Employee # | Total Hours |
|---|---|---|
| GARRETT, MICHAEL | 013037 | 50.75 |
| SHIPP, DAVID | 012793 | 130.75 |
| Total Hours for POST 34 MID SGT --> | | 181.50 |

3           POST 34 MIDNIGHTS

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 363.00 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 363.00 | Total Non-Billable | 0.00 |

Total Hours for POST 34 MIDNIGHTS --> 363.00

| Employee Name | Employee # | Total Hours |
|---|---|---|
| DENTON, CHRISTOPHER | 012762 | 92.00 |
| GARRETT, MICHAEL | 013037 | 81.25 |
| HARRIS, JIMMIE | 013375 | 49.50 |
| LINDBERRY, TRAN | 012789 | 132.00 |
| WALTERS, EDUARDO | 012795 | 8.25 |
| Total Hours for POST 34 MIDNIGHTS --> | | 363.00 |

CRITERIA: Division:'FTB'  Account Manager:'All'  Active Status:'All'  Customer Status:'All'  Database Year:'Current'  Department:'All'  G...

11/2/09        1:42 pm                                                                                              Page 7 of 7



**OMNIPLEX** WORLD® SERVICES

C O R P O R A T I O N

Right People. Right Values.*

Billing Number: 1222-200-0012
Invoice Number: INV-0000021128

Invoice Date: 11/30/2009

Bill To:
FT. BRAGG - SECURITY
APS
1701 COLONIAL DRIVE

THOMASVILLE, GA 31757

Remit To:
OMNIPLEX World Services Corporation
14840 Conference Center Drive
Attn: Jon Peterson
Phone: (703) 652-3232
Chantilly, VA 20151

| | Contract Value | Funded Value |
|---|---|---|
| Customer Number: 1222 | | |
| Prime Contract Number: W91247-08-C-0006 | Cost: 3,411,820.32 | 3,411,820.32 |
| | Fee: 0.00 | 0.00 |
| | Total: 3,411,820.32 | 3,411,820.32 |
| Project Number: 1222.200 | Cumulative Amount Billed: 3,117,826.60 | |
| Project Name: FT BRAGG OPTION YEAR 1 | | |
| Project Period of Performance: 01/01/2009 to 12/31/2009 | | |

Terms: NET 30
Due Date: 12/30/2009

Billing Period From: 11/01/2009
To: 11/30/2009

| | Current Amount | Cumulative Amount |
|---|---|---|
| Prev Bill From Sched | 0.00 | 2,824,032.88 |
| CLIN 1004 - POST 34 | 86,840.00 | 86,840.00 |
| CLIN 1001 - POST 10 | 62,268.00 | 62,268.00 |
| CLIN 1002 - POST 11 | 143,585.72 | 143,585.72 |
| OTHER DIRECT COSTS | 1,100.00 | 1,100.00 |
| BILL SCHEDULE ITEMS | 293,793.72 | 3,117,826.60 |
| | | |
| Invoice Total | 293,793.72 | 3,117,826.60 |

Current Incurred Hours: 0.00
Cumulative Incurred Hours: 0.00

I certify that, to the best of my knowledge and belief, the costs invoiced above have been incurred in accordance with the terms and conditions of the contract; that all charges invoiced herein are true and correct; and that payment therefore has not previously been received.

Jon Peterson, Controller

OMNISEC INTERNATIONAL INVESTIGATIONS, INC. • OMNISEC INTERNATIONAL SECURITY SERVICES, INC. (VA/DCJS Lic. #11-4698)
OMNISEC SECURITY SOLUTIONS, INC. (VA/DCJS Lic. #11-3917) • OMNISEC INTERNATIONAL SOUTH CAROLINA, LLC

14840 Conference Center Drive, Chantilly, VA 20151 • Phone 703-652-3100, Toll Free 800-356-3406, Fax 703-652-3101 • (VA/DCJS Lic. #11-1298)
An Equal Opportunity Employer M/F/D/V

MEMORANDUM FOR RECORD:                                    30 Nov 2009

To: Tom Taylor

From: Jerry Wydra

SUBJECT: Monthly Operations Report (November 09)


The following activities took place this month.

- Officer Chan, C. had knee surgery and was on FML, he has returned to work on 18 Nov.
- Officer Szczepanek, Z. graduated from the new hire class on 4 Nov. and is working as a part timer.
- SGT King, R. received a DCR. Was suspended, demoted to officer and assigned to Post #11 on 10 Nov.
- Officer Rowley, D. attended Reserve Training, 15-15 Nov.
- Officer Brokenborough, T. served on Jury Duty, 17 Nov.
- Maintaining weekly contacts with applicant Albert Ferri. He is cleared to start the next new hire class.
- Security Vehicle #2, Post# 11 was repaired and is back in service.
- Completed the Monthly PAT on 20 Nov. All officers passed.
  Note: The PAT was administered according to the new AR 190-56. Effective date of 15 Nov 09.
- Conducted daily site inspections of all our sites. All officers performing their duties in a professional manner.


_____

Jerry Wydra

Assistant Project Manager

Ft. Bragg Site

## Recap Comparison By Post

Start Date 11/01/2009 End Date 11/30/2009

**1-000   FORT BRAGG**

### 5   POST 34 LIEUTENANT

| | Billable Hours | | Non-Billable Hours | |
|---|---|---|---|---|
| Contract | 132.00 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 132.00 | Total Non-Billable | 0.00 |

Total Hours for  POST 34 LIEUTENANT --> 132.00

| Employee Name | Employee # | Total Hours |
|---|---|---|
| PETTAWAY, LARRY | 012792 | 132.00 |

tal Hours for  POST 34 LIEUTENANT --> 132.00

### 6   POST 34 SERGEANT

| | Billable Hours | | Non-Billable Hours | |
|---|---|---|---|---|
| Contract | 57.75 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 57.75 | Total Non-Billable | 0.00 |

Total Hours for  POST 34 SERGEANT --> 57.75

| Employee Name | Employee # | Total Hours |
|---|---|---|
| BROWN, JOSEPH | 012785 | 33.00 |
| IMES, ELVIS | 012787 | 16.50 |
| MACK, JAMES | 012790 | 8.25 |

Total Hours for  POST 34 SERGEANT --> 57.75

### 7   CAPTAIN

| | Billable Hours | | Non-Billable Hours | |
|---|---|---|---|---|
| Contract | 123.75 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 123.75 | Total Non-Billable | 0.00 |

Total Hours for CAPTAIN --> 123.75

| Employee Name | Employee # | Total Hours |
|---|---|---|
| MCRAE, JOHN | 012839 | 123.75 |

Total Hours for CAPTAIN --> 123.75

### 1   OMNIPLEX PROJECT MANAGE

| | Billable Hours | | Non-Billable Hours | |
|---|---|---|---|---|
| Contract | 90.50 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 90.50 | Total Non-Billable | 0.00 |

otal Hours for OMNIPLEX PROJECT MANAGER --> 90.50

| Employee Name | Employee # | Total Hours |
|---|---|---|
| WYDRA, JERRY | 012782 | 90.50 |

for OMNIPLEX PROJECT MANAGER --> 90.50

**FTB**

## Recap Comparison By Post

Start Date 11/01/2009 End Date 11/30/2009

**1-000      FORT BRAGG**

**5         POST 10 DAY SGT**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 197.75 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 197.75 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 10 DAY SGT --> | 197.75 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| BARBER, ANTONIO | 012751 | 127.75 |
| BENNETT, KENNETH | 012752 | 28.75 |
| BENNETT, ROLAND | 012753 | 41.25 |
| Total Hours for POST 10 DAY SGT --> | | 197.75 |

**1         POST 10 DAYS**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 192.75 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 192.75 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 10 DAYS --> | 192.75 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| BENNETT, KENNETH | 012752 | 82.50 |
| BENNETT, ROLAND | 012753 | 82.50 |
| GRANT, JAMES | 013411 | 11.25 |
| WALTERS, EDUARDO | 012795 | 16.50 |
| Total Hours for POST 10 DAYS --> | | 192.75 |

**6         POST 10 EVE SGT**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 192.75 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 192.75 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 10 EVE SGT --> | 192.75 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| FERTIG, JAMES | 012754 | 151.50 |
| MCBRIDE, KALITA | 012756 | 41.25 |
| Total Hours for POST 10 EVE SGT --> | | 192.75 |

**2         POST 10 EVENINGS**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 185.50 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 185.50 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 10 EVENINGS --> | 185.50 |

CRITERIA: Division:'FTB'  Account Manager:'All'   Active Status:'All'   Customer Status:'All'   Database Year:'Current'   Department:'All'   G...

11/30/09        3:36 pm                                                                                          Page 2 of 7

## Recap Comparison By Post

Start Date 11/01/2009 End Date 11/30/2009

**1-000       FORT BRAGG**

| Employee Name | Employee # | Total Hours |
|---|---|---|
| BENNETT, KENNETH | 012752 | 33.00 |
| GREEN, CHARLES | 012755 | 24.75 |
| HARRIS, JIMMIE | 013375 | 57.75 |
| MCBRIDE, KALITA | 012756 | 70.00 |
| Total Hours for POST 10 EVENINGS --> | | 185.50 |

**8       POST 10 MID SGT**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 190.75 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 190.75 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 10 MID SGT --> | 190.75 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| GREEN, CHARLES | 012755 | 16.50 |
| OATIS, CHARLES | 012757 | 49.25 |
| RODRIGUEZ, JOHN | 012758 | 125.00 |
| Total Hours for POST 10 MID SGT --> | | 190.75 |

**3       POST 10 MIDNIGHT**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 179.50 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 179.50 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 10 MIDNIGHT --> | 179.50 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| GRANT, JAMES | 013411 | 9.50 |
| GREEN, CHARLES | 012755 | 87.50 |
| OATIS, CHARLES | 012757 | 74.25 |
| WALTERS, EDUARDO | 012795 | 8.25 |
| Total Hours for POST 10 MIDNIGHT --> | | 179.50 |

**4       POST 11 DAY SGT**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 193.75 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 193.75 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 11 DAY SGT --> | 193.75 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| MACK, ALFORD | 012771 | 123.75 |
| SIMMONS, MAURICE | 012779 | 70.00 |
| Total Hours for POST 11 DAY SGT --> | | 193.75 |

**1       POST 11 DAYS**

CRITERIA: Division:'FTB' Account Manager:'All' Active Status:'All' Customer Status:'All' Database Year:'Current' Department:'All' G...

11/30/09       3:36 pm       Page 3 of 7

## TTB

### Recap Comparison By Post

Start Date 11/01/2009  End Date 11/30/2009

**1-000     FORT BRAGG**

**1          POST 11 DAYS**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 964.75 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 964.75 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 11 DAYS --> | 964.75 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| ATCHISON, JAMES | 012759 | 99.00 |
| BARRETT, AARON | 012760 | 66.00 |
| JENKINS, EDWARD | 012769 | 160.50 |
| KING, RONALD | 012788 | 74.25 |
| MACK, ALFORD | 012771 | 16.50 |
| NEGRON, JUAN | 012775 | 165.00 |
| SHOEMAKER, KIM | 012778 | 24.75 |
| SIMMONS, MAURICE | 012779 | 74.25 |
| TOWERY, RONALD | 012780 | 136.00 |
| VERNON, BILLY | 012781 | 148.50 |
| **Total Hours for POST 11 DAYS -->** | | **964.75** |

**5          POST 11 EVE SGT**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 189.75 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 189.75 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 11 EVE SGT --> | 189.75 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| ESPINOZA, ADRIAN | 012765 | 123.75 |
| LYNN, BILLY | 012770 | 66.00 |
| **Total Hours for POST 11 EVE SGT -->** | | **189.75** |

**2          POST 11 EVENINGS**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 919.75 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 919.75 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 11 EVENINGS --> | 919.75 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| ARNDT, CHESTER | 013378 | 107.25 |
| CHAN, CHARLES | 012763 | 24.75 |
| CRESS, AARON | 012764 | 107.25 |
| DRAKE, ZEBEDE | 013376 | 148.50 |
| GOUBILE, FREDERICK | 012768 | 123.75 |
| GRANT, JAMES | 013411 | 33.00 |
| JENKINS, EDWARD | 012769 | 8.25 |
| LYNN, BILLY | 012770 | 82.50 |
| RAY, MONYA | 013460 | 8.25 |

## Recap Comparison By Post

Start Date 11/01/2009  End Date 11/30/2009

**1-000        FORT BRAGG**

| | | |
|---|---|---|
| ROWLEY, DEMARICUS | 013326 | 123.75 |
| SHOEMAKER, KIM | 012778 | 49.50 |
| SZCZEPANEK, ZACHARY | 013489 | 103.00 |
| Total Hours for POST 11 EVENINGS --> | | 919.75 |

**6        POST 11 MID SGT**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 190.75 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 190.75 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 11 MID SGT --> | 190.75 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| FRANKLIN, JAN-MICHAEL | 012767 | 132.25 |
| WIBBENS, BRIAN | 013413 | 58.50 |
| Total Hours for POST 11 MID SGT --> | | 190.75 |

**3        POST 11 MIDNIGHTS**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 961.50 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 961.50 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 11 MIDNIGHTS --> | 961.50 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| FLAGG, ROBERT | 012766 | 124.00 |
| JOHNSON, EDWARD | 013412 | 145.25 |
| NERO, IDA | 013337 | 145.25 |
| POLLARD, ERNEST | 013187 | 137.00 |
| RAY, MONYA | 013460 | 141.00 |
| ROBINSON, RODNEY | 013459 | 136.75 |
| SHOEMAKER, KIM | 012778 | 58.00 |
| WIBBENS, BRIAN | 013413 | 74.25 |
| Total Hours for POST 11 MIDNIGHTS --> | | 961.50 |

**1        POST 34 DAYS**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 342.25 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 342.25 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 34 DAYS --> | 342.25 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| BROWN, JOSEPH | 012785 | 66.00 |
| GRANT, JAMES | 013411 | 16.50 |
| HARRIS, JIMMIE | 013375 | 24.75 |
| IMES, ELVIS | 012787 | 99.00 |
| MACK, JAMES | 012790 | 99.00 |
| WALTERS, EDUARDO | 012795 | 37.00 |

Case 5:10-cv-00000-CAR   Document 14-4   Filed 01/22/2010   Page 17 of 18



**FTB**

## Recap Comparison By Post

Start Date 11/01/2009  End Date  11/30/2009

**1-000          FORT BRAGG**

Total Hours for POST 34 DAYS -->          342.25

| 7 | POST 34 EVE SGT | | Billable Hours | | Non-Billable Hours |
|---|---|---|---|---|---|
| | | Contract | 189.75 | Extra Cov (non-bill) | 0.00 |
| | | Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| | | Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| | | Training (billable) | 0.00 | | |
| | | Vacation (billable) | 0.00 | | |
| | | Sick (billable) | 0.00 | | |
| | | Total Billable | 189.75 | Total Non-Billable | 0.00 |
| | | | | Total Hours for POST 34 EVE SGT --> | 189.75 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| BROKENBOROUGH, TRAC | 012784 | 57.75 |
| GHOLSTON, HANK | 012786 | 132.00 |
| Total Hours for POST 34 EVE SGT --> | | 189.75 |

| 2 | POST 34 EVENINGS | | Billable Hours | | Non-Billable Hours |
|---|---|---|---|---|---|
| | | Contract | 383.50 | Extra Cov (non-bill) | 0.00 |
| | | Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| | | Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| | | Training (billable) | 0.00 | | |
| | | Vacation (billable) | 0.00 | | |
| | | Sick (billable) | 0.00 | | |
| | | Total Billable | 383.50 | Total Non-Billable | 0.00 |
| | | | | Total Hours for POST 34 EVENINGS --> | 383.50 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| BARRETT, AARON | 012760 | 82.50 |
| BROKENBOROUGH, TRAC | 012784 | 66.00 |
| DENTON, CHRISTOPHER | 012762 | 24.75 |
| GRANT, JAMES | 013411 | 74.25 |
| WOODSON, CRYSTAL | 013293 | 136.00 |
| Total Hours for POST 34 EVENINGS --> | | 383.50 |

| 8 | POST 34 MID SGT | | Billable Hours | | Non-Billable Hours |
|---|---|---|---|---|---|
| | | Contract | 190.75 | Extra Cov (non-bill) | 0.00 |
| | | Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| | | Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| | | Training (billable) | 0.00 | | |
| | | Vacation (billable) | 0.00 | | |
| | | Sick (billable) | 0.00 | | |
| | | Total Billable | 190.75 | Total Non-Billable | 0.00 |
| | | | | Total Hours for POST 34 MID SGT --> | 190.75 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| GARRETT, MICHAEL | 013037 | 49.50 |
| SHIPP, DAVID | 012793 | 141.25 |
| Total Hours for POST 34 MID SGT --> | | 190.75 |

**3          POST 34 MIDNIGHTS**

CRITERIA: Division:'FTB'  Account Manager:'All'  Active Status:'All'  Customer Status:'All'  Database Year:'Current'  Department:'All'  G...

11/30/09          3:36 pm

Page 6 of 7

**FTB**

## Recap Comparison By Post

Start Date 11/01/2009  End Date 11/30/2009

1-000        **FORT BRAGG**

3            **POST 34 MIDNIGHTS**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 373.25 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| **Total Billable** | **373.25** | **Total Non-Billable** | **0.00** |

Total Hours for POST 34 MIDNIGHTS —>    373.25

| Employee Name | Employee # | Total Hours |
|---|---|---|
| DENTON, CHRISTOPHER | 012762 | 115.25 |
| GARRETT, MICHAEL | 013037 | 90.50 |
| HARRIS, JIMMIE | 013375 | 50.75 |
| LINDBERRY, TRAN | 012789 | 116.75 |
| **Total Hours for POST 34 MIDNIGHTS —>** | | **373.25** |

CRITERIA: Division:'FTB'  Account Manager:'All'  Active Status:'All'  Customer Status:'All'  Database Year:'Current'  Department:'All'  G...

11/30/09      3:36 pm                                                                                    Page 7 of 7