IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| OMNIPLEX WORLD SERVICES CORPORATION<br>14840 Conference Center Drive<br>Chantilly, Virginia 20151<br><br>    Plaintiff<br><br>    v.<br><br>ALPHA PROTECTIVE SERVICES, INC.<br>1701 Colonial Drive<br>Thomasville, Georgia  31757<br><br>    Defendant | Case No. _____ |

**EXHIBIT 3**

**TO**

**COMPLAINT**

- 1 -



**Right People. Right Values.®**

| | |
|---|---|
| Billing Number: | 1222-200-0013 |
| Invoice Number: | INV-0000021214 |

Invoice Date: 12/31/2009

Bill To:
FT. BRAGG - SECURITY
APS
1701 COLONIAL DRIVE

THOMASVILLE, GA 31757

Remit To:
OMNIPLEX World Services Corporation
14840 Conference Center Drive
Attn: Jon Peterson
Phone: (703) 652-3232
Chantilly, VA 20151

| | | Contract Value | Funded Value |
|---|---|---|---|
| Customer Number: | 1222 | Cost: 3,411,820.32 | 3,411,820.32 |
| Prime Contract Number: | W91247-08-C-0006 | Fee: 0.00 | 0.00 |
| | | Total: 3,411,820.32 | 3,411,820.32 |
| | | Cumulative Amount Billed: 3,411,720.32 | |

| | |
|---|---|
| Project Number: | 1222.200 |
| Project Name: | FT BRAGG OPTION YEAR 1 |
| Project Period of Performance: | 01/01/2009 to 12/31/2009 |
| Terms: | NET 30 |
| Due Date: | 01/30/2010 |

Billing Period From: 12/01/2009
To: 12/31/2009

| | Current Amount | Cumulative Amount |
|---|---|---|
| Prev Bill From Sched | 0.00 | 3,117,826.60 |
| CLIN 1002 - POST 11 | 143,685.72 | 143,685.72 |
| OTHER DIRECT COSTS | 1,100.00 | 1,100.00 |
| CLIN 1004 - POST 34 | 86,840.00 | 86,840.00 |
| CLIN 1001 - POST 10 | 62,268.00 | 62,268.00 |
| BILL SCHEDULE ITEMS | 293,893.72 | 3,411,720.32 |
| **Invoice Total** | **293,893.72** | **3,411,720.32** |

| | |
|---|---|
| Current Incurred Hours: | 0.00 |
| Cumulative Incurred Hours: | 0.00 |

I certify that, to the best of my knowledge and belief, the costs invoiced above have been incurred in accordance with the terms and conditions of the contract; that all charges invoiced herein are true and correct; and that payment therefore has not previously been received.

Jon Peterson, Controller

OMNISEC International Investigations, Inc. • OMNISEC International Security Services, Inc. (VA/DCJS Lic. #11-4698)
OMNISEC Security Solutions, Inc. (VA/DCJS Lic. #11-3917) • OMNISEC International South Carolina, LLC

14840 Conference Center Drive, Chantilly, VA 20151 • Phone 703-652-3100, Toll Free 800-356-3406, Fax 703-652-3101 • (VA/DCJS Lic. #11-1298)
*An Equal Opportunity Employer M/F/D/V*

MEMORANDUM FOR RECORD:                                          31 Dec. 2009

To:  Tom Taylor

From:  Jerry Wydra

SUBJECT:  Monthly Operations Report (December 09)


The following activities took place this month.

- Received notification of contract termination at Post 34. 3 Dec .
- Conducted Quarterly Training, live fire exercise on multiple targets at close range utilizing 4 different scenarios, shoot, don't shoot. 7-12 Dec.
- Stopped process on new applicant Mr. Ferri.
- Conducted monthly CPR/1st Aid Recertification Classes. 16-19 Dec.
- Officer Rowley attended Reserve Training, 6-16 Dec.
- We had one camera outage at Post 34, 1945-2230, 21 Dec. Camera has been repaired.
- All officers affected by the force reduction at Post 34, have been reassigned to other posts. All have completed site training at their newly assigned posts.
- Coordination has been made with Mr. Carr (COR for Post 34) to turn over all government equipment, 2400, 31 Dec 09.
- Conducted daily site inspections of all our sites. All officers performing their duties in a professional manner.



_____

Jerry Wydra

Assistant Project Manager

Ft. Bragg Site

FTB

## Recap Comparison By Post

Start Date 12/01/2009  End Date 12/31/2009

**1-000        FORT BRAGG**

**5            POST 34 LIEUTENANT**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 189.75 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 189.75 | Total Non-Billable | 0.00 |

Total Hours for  POST 34 LIEUTENANT -->        189.75

| Employee Name | Employee # | Total Hours |
|---|---|---|
| PETTAWAY, LARRY | 012792 | 189.75 |

tal Hours for  POST 34 LIEUTENANT -->        189.75

**6            POST 34 SERGEANT**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 66.00 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 66.00 | Total Non-Billable | 0.00 |

Total Hours for  POST 34 SERGEANT -->        66.00

| Employee Name | Employee # | Total Hours |
|---|---|---|
| BROWN, JOSEPH | 012785 | 66.00 |

Total Hours for  POST 34 SERGEANT -->        66.00

**7            CAPTAIN**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 182.50 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 182.50 | Total Non-Billable | 0.00 |

Total Hours for CAPTAIN -->        182.50

| Employee Name | Employee # | Total Hours |
|---|---|---|
| MCRAE, JOHN | 012839 | 182.50 |

Total Hours for CAPTAIN -->        182.50

**1            DAY WORK - SEC OFFICER**

WORKING FOR APS

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 20.00 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 20.00 | Total Non-Billable | 0.00 |

Total Hours for DAY WORK - SEC OFFICER -->        20.00

| Employee Name | Employee # | Total Hours |
|---|---|---|
| FRANKLIN, JAN-MICHAEL | 012767 | 4.00 |
| HARRIS, JIMMIE | 013375 | 4.00 |
| IMES, ELVIS | 012787 | 4.00 |
| MACK, JAMES | 012790 | 4.00 |
| WOODSON, CRYSTAL | 013293 | 4.00 |

CRITERIA: Division:'FTB'  Account Manager:'All'  Active Status:'All'  Customer Status:'All'  Database Year:'Current'  Department:'All'  G...

1/4/10        10:48 am                                                                                   Page 1 of 9

## FTB

### Recap Comparison By Post

Start Date 12/01/2009  End Date 12/31/2009

**1-000      FORT BRAGG**

ours for DAY WORK - SEC OFFICER -->     20.00

| 2      EVENING - SECURITY OFFICE | Billable Hours | | Non-Billable Hours | |
|---|---|---|---|---|
| *WORKING FOR APS* | | | | |
| Contract | 4.00 | Extra Cov (non-bill) | | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | | 0.00 |
| Training (billable) | 0.00 | | | |
| Vacation (billable) | 0.00 | | | |
| Sick (billable) | 0.00 | | | |
| Total Billable | 4.00 | Total Non-Billable | | 0.00 |

Total Hours for EVENING - SECURITY OFFICER -->     4.00

| Employee Name | Employee # | Total Hours |
|---|---|---|
| BARRETT, AARON | 012760 | 4.00 |

for EVENING - SECURITY OFFICER -->     4.00

| 17      MIDNIGHT - SECURITY OFFIC | Billable Hours | | Non-Billable Hours | |
|---|---|---|---|---|
| *WORKING FOR APS* | | | | |
| Contract | 4.00 | Extra Cov (non-bill) | | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | | 0.00 |
| Training (billable) | 0.00 | | | |
| Vacation (billable) | 0.00 | | | |
| Sick (billable) | 0.00 | | | |
| Total Billable | 4.00 | Total Non-Billable | | 0.00 |

otal Hours for MIDNIGHT - SECURITY OFFICER -->     4.00

| Employee Name | Employee # | Total Hours |
|---|---|---|
| LINDBERRY, TRAN | 012789 | 4.00 |

or MIDNIGHT - SECURITY OFFICER -->     4.00

| 1      OMNIPLEX PROJECT MANAGE | Billable Hours | | Non-Billable Hours | |
|---|---|---|---|---|
| Contract | 229.00 | Extra Cov (non-bill) | | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | | 0.00 |
| Training (billable) | 0.00 | | | |
| Vacation (billable) | 0.00 | | | |
| Sick (billable) | 0.00 | | | |
| Total Billable | 229.00 | Total Non-Billable | | 0.00 |

otal Hours for OMNIPLEX PROJECT MANAGER -->     229.00

| Employee Name | Employee # | Total Hours |
|---|---|---|
| WYDRA, JERRY | 012782 | 229.00 |

for OMNIPLEX PROJECT MANAGER -->     229.00

| 5      POST 10 DAY SGT | Billable Hours | | Non-Billable Hours | |
|---|---|---|---|---|
| Contract | 255.75 | Extra Cov (non-bill) | | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | | 0.00 |
| Training (billable) | 0.00 | | | |
| Vacation (billable) | 0.00 | | | |
| Sick (billable) | 0.00 | | | |
| Total Billable | 255.75 | Total Non-Billable | | 0.00 |

Total Hours for POST 10 DAY SGT -->     255.75

| Employee Name | Employee # | Total Hours |
|---|---|---|
| BARBER, ANTONIO | 012751 | 173.25 |
| BENNETT, ROLAND | 012753 | 82.50 |

## FTB

### Recap Comparison By Post

Start Date 12/01/2009  End Date 12/31/2009

**1-000        FORT BRAGG**

Total Hours for POST 10 DAY SGT -->        255.75

**1        POST 10 DAYS**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 243.25 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 243.25 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 10 DAYS --> | 243.25 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| BENNETT, KENNETH | 012752 | 140.25 |
| BENNETT, ROLAND | 012753 | 103.00 |
| Total Hours for POST 10 DAYS --> | | 243.25 |

**6        POST 10 EVE SGT**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 255.75 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 255.75 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 10 EVE SGT --> | 255.75 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| BENNETT, KENNETH | 012752 | 16.50 |
| FERTIG, JAMES | 012754 | 115.50 |
| GREEN, CHARLES | 012755 | 8.25 |
| MCBRIDE, KALITA | 012756 | 115.50 |
| Total Hours for POST 10 EVE SGT --> | | 255.75 |

**2        POST 10 EVENINGS**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 255.50 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 255.50 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 10 EVENINGS --> | 255.50 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| BENNETT, KENNETH | 012752 | 16.50 |
| GRANT, JAMES | 013411 | 65.75 |
| GREEN, CHARLES | 012755 | 33.00 |
| HARRIS, JIMMIE | 013375 | 66.00 |
| MCBRIDE, KALITA | 012756 | 74.25 |
| Total Hours for POST 10 EVENINGS --> | | 255.50 |

**8        POST 10 MID SGT**

CRITERIA: Division:'FTB'  Account Manager:'All'  Active Status:'All'  Customer Status:'All'  Database Year:'Current'  Department:'All'  G...

1/4/10        10:48 am        Page 3 of 9

**FTB**

## Recap Comparison By Post

Start Date 12/01/2009 End Date 12/31/2009

**1-000     FORT BRAGG**

**8          POST 10 MID SGT**

| | Billable Hours | | Non-Billable Hours | |
|---|---|---|---|---|
| Contract | 255.75 | Extra Cov (non-bill) | | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | | 0.00 |
| Training (billable) | 0.00 | | | |
| Vacation (billable) | 0.00 | | | |
| Sick (billable) | 0.00 | | | |
| Total Billable | 255.75 | Total Non-Billable | | 0.00 |

Total Hours for POST 10 MID SGT --> 255.75

| Employee Name | Employee # | Total Hours |
|---|---|---|
| OATIS, CHARLES | 012757 | 66.00 |
| RODRIGUEZ, JOHN | 012758 | 189.75 |
| Total Hours for POST 10 MID SGT --> | | 255.75 |

**3          POST 10 MIDNIGHT**

| | Billable Hours | | Non-Billable Hours | |
|---|---|---|---|---|
| Contract | 267.75 | Extra Cov (non-bill) | | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | | 0.00 |
| Training (billable) | 0.00 | | | |
| Vacation (billable) | 0.00 | | | |
| Sick (billable) | 0.00 | | | |
| Total Billable | 267.75 | Total Non-Billable | | 0.00 |

Total Hours for POST 10 MIDNIGHT --> 267.75

| Employee Name | Employee # | Total Hours |
|---|---|---|
| GRANT, JAMES | 013411 | 23.50 |
| GREEN, CHARLES | 012755 | 137.25 |
| OATIS, CHARLES | 012757 | 107.00 |
| Total Hours for POST 10 MIDNIGHT --> | | 267.75 |

**4          POST 11 DAY SGT**

| | Billable Hours | | Non-Billable Hours | |
|---|---|---|---|---|
| Contract | 263.75 | Extra Cov (non-bill) | | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | | 0.00 |
| Training (billable) | 0.00 | | | |
| Vacation (billable) | 0.00 | | | |
| Sick (billable) | 0.00 | | | |
| Total Billable | 263.75 | Total Non-Billable | | 0.00 |

Total Hours for POST 11 DAY SGT --> 263.75

| Employee Name | Employee # | Total Hours |
|---|---|---|
| MACK, ALFORD | 012771 | 193.75 |
| SIMMONS, MAURICE | 012779 | 70.00 |
| Total Hours for POST 11 DAY SGT --> | | 263.75 |

**1          POST 11 DAYS**

| | Billable Hours | | Non-Billable Hours | |
|---|---|---|---|---|
| Contract | 1,297.50 | Extra Cov (non-bill) | | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | | 0.00 |
| Training (billable) | 0.00 | | | |
| Vacation (billable) | 0.00 | | | |
| Sick (billable) | 0.00 | | | |
| Total Billable | 1,297.50 | Total Non-Billable | | 0.00 |

Total Hours for POST 11 DAYS --> 1,297.50

| Employee Name | Employee # | Total Hours |
|---|---|---|
| ATCHISON, JAMES | 012759 | 197.50 |

CRITERIA: Division:'FTB' Account Manager:'All' Active Status:'All' Customer Status:'All' Database Year:'Current' Department:'All' G...

## FTB

## Recap Comparison By Post

Start Date 12/01/2009  End Date  12/31/2009

**1-000          FORT BRAGG**

| Employee Name | Employee # | Total Hours |
|---|---|---|
| GRANT, JAMES | 013411 | 16.50 |
| JENKINS, EDWARD | 012769 | 189.50 |
| JOHNSON, EDWARD | 013412 | 12.25 |
| KING, RONALD | 012788 | 144.00 |
| NEGRON, JUAN | 012775 | 177.25 |
| SHOEMAKER, KIM | 012778 | 33.00 |
| SIMMONS, MAURICE | 012779 | 127.75 |
| SZCZEPANEK, ZACHARY | 013489 | 16.50 |
| TOWERY, RONALD | 012780 | 197.75 |
| VERNON, BILLY | 012781 | 185.50 |
| **Total Hours for POST 11 DAYS –>** | | **1,297.50** |

**5          POST 11 EVE SGT**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 263.75 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 263.75 | Total Non-Billable | 0.00 |
| | | **Total Hours for POST 11 EVE SGT –>** | **263.75** |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| ESPINOZA, ADRIAN | 012765 | 181.50 |
| LYNN, BILLY | 012770 | 82.25 |
| **Total Hours for POST 11 EVE SGT –>** | | **263.75** |

**2          POST 11 EVENINGS**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 1,331.00 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 1,331.00 | Total Non-Billable | 0.00 |
| | | **Total Hours for POST 11 EVENINGS –>** | **1,331.00** |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| ARNDT, CHESTER | 013378 | 197.75 |
| CHAN, CHARLES | 012763 | 181.50 |
| CRESS, AARON | 012764 | 173.25 |
| DRAKE, ZEBEDE | 013376 | 197.25 |
| GOUBILE, FREDERICK | 012768 | 173.25 |
| GRANT, JAMES | 013411 | 33.00 |
| JOHNSON, EDWARD | 013412 | 8.25 |
| LYNN, BILLY | 012770 | 123.50 |
| POLLARD, ERNEST | 013187 | 4.25 |
| ROWLEY, DEMARICUS | 013326 | 111.00 |
| SHOEMAKER, KIM | 012778 | 66.00 |
| SZCZEPANEK, ZACHARY | 013489 | 62.00 |
| **Total Hours for POST 11 EVENINGS –>** | | **1,331.00** |

**6          POST 11 MID SGT**

CRITERIA: Division:'FTB'  Account Manager:'All'  Active Status:'All'  Customer Status:'All'  Database Year:'Current'  Department:'All'  G...

1/4/10       10:48 am                                                                   Page 5 of 9

**FTB**

## Recap Comparison By Post

Start Date 12/01/2009   End Date  12/31/2009

**1-000     FORT BRAGG**

**6          POST 11 MID SGT**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 255.75 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 255.75 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 11 MID SGT --> | 255.75 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| FRANKLIN, JAN-MICHAEL | 012767 | 181.25 |
| PETTAWAY, LARRY | 012792 | 0.25 |
| SHOEMAKER, KIM | 012778 | 8.25 |
| WIBBENS, BRIAN | 013413 | 66.00 |
| Total Hours for POST 11 MID SGT --> | | 255.75 |

**3          POST 11 MIDNIGHTS**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 1,179.00 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 1,179.00 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 11 MIDNIGHTS --> | 1,179.00 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| FLAGG, ROBERT | 012766 | 169.00 |
| GARRETT, MICHAEL | 013037 | 0.25 |
| GRANT, JAMES | 013411 | 8.25 |
| JOHNSON, EDWARD | 013412 | 197.25 |
| NERO, IDA | 013337 | 132.00 |
| POLLARD, ERNEST | 013187 | 189.50 |
| RAY, MONYA | 013460 | 181.50 |
| ROBINSON, RODNEY | 013459 | 124.00 |
| SHIPP, DAVID | 012793 | 0.25 |
| SHOEMAKER, KIM | 012778 | 57.50 |
| WIBBENS, BRIAN | 013413 | 119.50 |
| Total Hours for POST 11 MIDNIGHTS --> | | 1,179.00 |

**1          POST 34 DAYS**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 503.25 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 503.25 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 34 DAYS --> | 503.25 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| BROWN, JOSEPH | 012785 | 115.50 |
| GARRETT, MICHAEL | 013037 | 8.25 |
| HARRIS, JIMMIE | 013375 | 37.25 |
| IMES, ELVIS | 012787 | 148.50 |
| MACK, JAMES | 012790 | 181.50 |
| WALTERS, EDUARDO | 012795 | 12.25 |

CRITERIA: Division:'FTB'  Account Manager:'All'   Active Status:'All'  Customer Status:'All'  Database Year:'Current'  Department:'All'  G...

1/4/10        10:48 am                                                                                          Page 6 of 9

**FTB**

## Recap Comparison By Post

Start Date 12/01/2009  End Date 12/31/2009

**1-000       FORT BRAGG**

Total Hours for POST 34 DAYS --> 503.25

**7          POST 34 EVE SGT**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 257.75 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 257.75 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 34 EVE SGT --> | 257.75 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| BROKENBOROUGH, TRAC | 012784 | 66.00 |
| GHOLSTON, HANK | 012786 | 191.75 |
| Total Hours for POST 34 EVE SGT --> | | 257.75 |

**2          POST 34 EVENINGS**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 509.25 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 509.25 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 34 EVENINGS --> | 509.25 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| BARRETT, AARON | 012760 | 161.75 |
| BROKENBOROUGH, TRAC | 012784 | 115.50 |
| DENTON, CHRISTOPHER | 012762 | 33.00 |
| GARRETT, MICHAEL | 013037 | 8.25 |
| GRANT, JAMES | 013411 | 8.25 |
| WALTERS, EDUARDO | 012795 | 25.75 |
| WOODSON, CRYSTAL | 013293 | 156.75 |
| Total Hours for POST 34 EVENINGS --> | | 509.25 |

**8          POST 34 MID SGT**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 262.50 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 262.50 | Total Non-Billable | 0.00 |
| | | Total Hours for POST 34 MID SGT --> | 262.50 |

| Employee Name | Employee # | Total Hours |
|---|---|---|
| GARRETT, MICHAEL | 013037 | 66.00 |
| SHIPP, DAVID | 012793 | 196.50 |
| Total Hours for POST 34 MID SGT --> | | 262.50 |

**3          POST 34 MIDNIGHTS**

CRITERIA: Division:'FTB'  Account Manager:'All'  Active Status:'All'  Customer Status:'All'  Database Year:'Current'  Department:'All'  G...

1/4/10       10:48 am

Page 7 of 9

## FTB

### Recap Comparison By Post

Start Date 12/01/2009  End Date  12/31/2009

1-000       **FORT BRAGG**

3              **POST 34 MIDNIGHTS**

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 512.00 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 512.00 | Total Non-Billable | 0.00 |

Total Hours for POST 34 MIDNIGHTS --> 512.00

| Employee Name | Employee # | Total Hours |
|---|---|---|
| DENTON, CHRISTOPHER | 012762 | 107.25 |
| GARRETT, MICHAEL | 013037 | 103.00 |
| HARRIS, JIMMIE | 013375 | 81.25 |
| IMES, ELVIS | 012787 | 8.25 |
| LINDBERRY, TRAN | 012789 | 139.00 |
| SHIPP, DAVID | 012793 | 7.25 |
| WALTERS, EDUARDO | 012795 | 66.00 |
| Total Hours for POST 34 MIDNIGHTS --> | | 512.00 |

2              **TRAINING UN-BILLABLE**

*IN-SERVICE PLUS*

*OST FOR TRANSFERS*

*TO APS*

| | Billable Hours | | Non-Billable Hours |
|---|---|---|---|
| Contract | 155.50 | Extra Cov (non-bill) | 0.00 |
| Extra Cov (reg) | 0.00 | Training (non-bill) | 0.00 |
| Extra Cov (ot) | 0.00 | Vacation or Sick (non-bill) | 0.00 |
| Training (billable) | 0.00 | | |
| Vacation (billable) | 0.00 | | |
| Sick (billable) | 0.00 | | |
| Total Billable | 155.50 | Total Non-Billable | 0.00 |

Total Hours for TRAINING UN-BILLABLE --> 155.50

| Employee Name | Employee # | Total Hours |
|---|---|---|
| ARNDT, CHESTER | 013378 | 2.00 |
| ATCHISON, JAMES | 012759 | 2.00 |
| BARBER, ANTONIO | 012751 | 2.00 |
| BARRETT, AARON | 012760 | 3.00 |
| BENNETT, KENNETH | 012752 | 2.00 |
| BENNETT, ROLAND | 012753 | 4.50 |
| BROKENBOROUGH, TRAC | 012784 | 6.00 |
| BROWN, JOSEPH | 012785 | 2.00 |
| CHAN, CHARLES | 012763 | 2.00 |
| CRESS, AARON | 012764 | 21.00 |
| DENTON, CHRISTOPHER | 012762 | 6.00 |
| DRAKE, ZEBEDE | 013376 | 2.00 |
| ESPINOZA, ADRIAN | 012765 | 2.00 |
| FERTIG, JAMES | 012754 | 6.00 |
| FLAGG, ROBERT | 012766 | 2.00 |
| FRANKLIN, JAN-MICHAEL | 012767 | 4.50 |
| GARRETT, MICHAEL | 013037 | 2.00 |
| GHOLSTON, HANK | 012786 | 6.00 |
| GOUBILE, FREDERICK | 012768 | 2.00 |
| GRANT, JAMES | 013411 | 2.00 |
| GREEN, CHARLES | 012755 | 2.00 |
| HARRIS, JIMMIE | 013375 | 2.00 |
| IMES, ELVIS | 012787 | 2.00 |
| JENKINS, EDWARD | 012769 | 2.00 |
| JOHNSON, EDWARD | 013412 | 2.00 |
| KING, RONALD | 012788 | 2.00 |
| LINDBERRY, TRAN | 012789 | 3.00 |

CRITERIA: Division:'FTB'  Account Manager:'All'  Active Status:'All'  Customer Status:'All'  Database Year:'Current'  Department:'All'  G...

1/4/10       10:48 am

Page 8 of 9

Case 5:10-cv-00000-CAR   Document 14-5   Filed 01/22/2010   Page 12 of 12

**FTB**

## Recap Comparison By Post

Start Date 12/01/2009  End Date  12/31/2009

**1-000**　　　　**FORT BRAGG**

| | | |
|---|---|---|
| LYNN, BILLY | 012770 | 3.00 |
| MACK, ALFORD | 012771 | 2.00 |
| MACK, JAMES | 012790 | 2.00 |
| MCBRIDE, KALITA | 012756 | 2.00 |
| MCRAE, JOHN | 012839 | 4.50 |
| NEGRON, JUAN | 012775 | 2.00 |
| NERO, IDA | 013337 | 2.00 |
| OATIS, CHARLES | 012757 | 2.00 |
| PETTAWAY, LARRY | 012792 | 6.00 |
| POLLARD, ERNEST | 013187 | 2.00 |
| RAY, MONYA | 013460 | 3.00 |
| ROBINSON, RODNEY | 013459 | 4.00 |
| RODRIGUEZ, JOHN | 012758 | 2.00 |
| SHIPP, DAVID | 012793 | 6.00 |
| SHOEMAKER, KIM | 012778 | 2.00 |
| SIMMONS, MAURICE | 012779 | 4.00 |
| TOWERY, RONALD | 012780 | 3.00 |
| VERNON, BILLY | 012781 | 2.00 |
| WALTERS, EDUARDO | 012795 | 2.00 |
| WIBBENS, BRIAN | 013413 | 2.00 |
| WOODSON, CRYSTAL | 013293 | 2.00 |

I Hours for TRAINING UN-BILLABLE -->　　　155.50

CRITERIA: Division:'FTB'  Account Manager:'All'   Active Status:'All'   Customer Status:'All'   Database Year:'Current'   Department:'All'   G...

1/4/10　　　10:48 am　　　　　　　　　　　　　　　　　　　　　　　　Page 9 of 9